IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTLE MORTGAGE CORP, a/k/a PLATINUM FUNDING SOLUTIONS, LLC, and LAWRENCE P. PITTS, DIRECTOR, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:12-CV-1969-N (BF) |
| GMAC MORTGAGE, LLC, f/k/a GMAC MORTGAGE CORPORATION, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Accordingly, Defendant GMAC Mortgage, LLC's ("GMAC") Motion for Summary Judgment and Incorporated Brief in Support Thereof (doc. 32) is **GRANTED** and Plaintiffs' claims against GMAC are dismissed with prejudice. Additionally, GMAC's Motion to Dismiss Pursuant to Rule 37(B)(2)(V) (doc. 31) is **DENIED** as **MOOT**, as there are no remaining claims for the Court to dismiss.

**SO ORDERED** this 20th day of September, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE